# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:16-cr-292-GMN-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ARMEDA AYANNA BATCHLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 16, 2017, the Court held Calendar Call as to Defendant Armeda Ayanna Batchler ("Defendant"). (*See* ECF No. 46).  At Calendar Call, the Court considered the Government's Motion to Continue Trial (ECF No. 36), and Defendant's Response (ECF No. 38).  Defendant sought to proceed to trial on May 22, 2017, under the Speedy Trial Act, 18 U.S.C. § 3161; however, the Court found that several motions remained pending and not yet ripe. (*See* ECF Nos. 24, 40, 41, 42, 44, and 45).  As such, the Court granted the Government's Motion to Continue and excluded the time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D). (ECF No. 46).  The Court set trial for the next available trial stack on July 10, 2017. (*Id.*).  However, the Court informed Defendant that because she was out of custody and indicted only in October 2016, there were several older, in-custody cases in front of her case on the July 10, 2017 trial stack.  As such, during Calendar Call, Defendant requested that the case be reassigned to a different district judge within the District of Nevada should another judge have a trial stack opening at that time or sooner. (*See* Def. Resp. to Gov't Mot. Cont., ECF No. 38).  The Government expressed its non-objection to reassignment during Calendar Call.

1    Subsequently, the Court inquired with the other district judges to determine if any other

2    district judge was available and willing to have this case reassigned to him or her.  The

3    Honorable Richard F. Boulware indicated both his availability and willingness.  Accordingly,

4    for good cause appearing, this case shall be reassigned to Judge Boulware.

5    **IT IS HEREBY ORDERED** that this case shall be reassigned to District Judge Richard

6    F. Boulware for all subsequent proceedings.

7    **DATED** this ___24___ day of May, 2017.

8

9    _____

10   Gloria M. Navarro, Chief Judge
     United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25